In the Matter of MICHELLE C. HISSAM, Appellant, v MATTHEW P. MANCINI, Respondent. (And Another Related Proceeding.)

Submitted March 7, 2011; decided May 3, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed that part of Family Court's order that dismissed appellant's contempt application, dismissed upon the ground that such portion of the order does

not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge PIGOTT taking no part.